**Case No. 24-50631**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Students for Fair Admissions, Incorporated,
 *Plaintiff-Appellant*

v.

University of Texas at Austin; James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, Interim President of the University of Texas at Austin in his Official Capacity; Board of Regents of the Texas State University System; David J. Beck, Member of the Board of Regents in his Official Capacity; Christina Melton Crain, Member of the Board of Regents in her Official Capacity; Kevin P. Eltife, Member of the Board of Regents in his Official Capacity; R. Steven Hicks, Member of the Board of Regents in his Official Capacity; Jodie Lee Jiles, Member of the Board of Regents in his Official Capacity; Janiece Longoria, Member of the Board of Regents in her Official Capacity; Nolan Perez, Member of the Board of Regents in his Official Capacity; Kelcy L. Warren, Member of the Board of Regents in his Official Capacity; James C. (Rad) Weaver, Member of the Board of Regents in his Official Capacity; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; Miguel Wasielewski, Executive Director for Office of Admissions,
 *Defendants-Appellees*

Black Student Alliance; Texas Orange Jackets; Texas NAACP; Adaylin Alvarez; Morgan Bennett; Liz Kufour; Brianna Mallorie McBride; Desiree Ortega-Santiago; Nima Rahman; Alexandra Trujillo; Rosaleen Xiong,
 *Intervenor Defendants-Appellees.*

On Appeal from the United States District Court Western District of Texas, Austin Division, Civil Action No. 1:20-cv-763 (Pitman, J.)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27, Plaintiff-Appellant files this unopposed motion for a 30-day extension of time to file its opening brief, moving the deadline from October 1, 2024, to October 31, 2024. Appellant respectfully shows the Court as follows:

1. This is Appellant's first request for an extension of time.

2. The Court issued its briefing schedule on August 22. Appellant then promptly met and conferred with Appellees and prepared this motion.

3. Appellant's opening brief is due on October 1, 2024.

4. There is good cause for a 30-day extension. The attorneys primarily responsible for handling this matter for Appellant are undersigned counsel, J. Michael Connolly and Cameron T. Norris. Since the Court issued its briefing schedule on August 22, both Mr. Connolly and Mr. Norris have been engaged in substantial pretrial proceedings in *Students for Fair Admissions v. The United States Naval Academy*, No. 23-cv-2699, Dkts. 97-103 (D. Md.) (filing two motion *in limine* oppositions and a summary judgment reply brief on August 28). Mr. Connolly and Mr. Norris are also preparing for the bench trial scheduled for September 16 through September 27. Over that same period, Mr. Norris and Mr. Connolly must prepare several other briefs in several other cases.

5. SFFA conferred with counsel for Appellees and confirms that no party opposes this extension.

6.This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

## CONCLUSION

For the foregoing reasons, Appellant respectfully moves that the time for filing its opening brief be extended by 30 days from October 1, 2024, to October 31, 2024.

Respectfully submitted,

/s/ J. Michael Connolly
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that on August 26, 2024, I conferred with counsel for Appellees, who advised that they do not oppose this request for an extension of time.

    */s/ J. Michael Connolly*
J. Michael Connolly

*Counsel for Appellant Students for Fair Admissions, Inc.*

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 279 words, as well as the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in proportionally spaced typeface (14-point Garamond).

    */s/ J. Michael Connolly*
J. Michael Connolly

*Counsel for Appellant Students for Fair Admissions, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2024, I electronically filed a true and correct copy of this motion with the Clerk of this Court via the CM/ECF system, notifying all counsel.

    */s/ J. Michael Connolly*
J. Michael Connolly

*Counsel for Appellant Students for Fair Admissions, Inc.*