**Case No. 24-50631**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Students for Fair Admissions, Incorporated,
  *Plaintiff-Appellant*

v.

University of Texas at Austin; James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, Interim President of the University of Texas at Austin in his Official Capacity; Board of Regents of the Texas State University System; David J. Beck, Member of the Board of Regents in his Official Capacity; Christina Melton Crain, Member of the Board of Regents in her Official Capacity; Kevin P. Eltife, Member of the Board of Regents in his Official Capacity; R. Steven Hicks, Member of the Board of Regents in his Official Capacity; Jodie Lee Jiles, Member of the Board of Regents in his Official Capacity; Janiece Longoria, Member of the Board of Regents in her Official Capacity; Nolan Perez, Member of the Board of Regents in his Official Capacity; Kelcy L. Warren, Member of the Board of Regents in his Official Capacity; James C. (Rad) Weaver, Member of the Board of Regents in his Official Capacity; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; Miguel Wasielewski, Executive Director for Office of Admissions,
  *Defendants-Appellees*

Black Student Alliance; Texas Orange Jackets; Texas NAACP; Adaylin Alvarez; Morgan Bennett; Liz Kufour; Brianna Mallorie McBride; Desiree Ortega-Santiago; Nima Rahman; Alexandra Trujillo; Rosaleen Xiong,
  *Intervenor Defendants-Appellees.*

On Appeal from the United States District Court Western District of Texas, Austin Division, Civil Action No. 1:20-cv-763 (Pitman, J.)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27, Appellant files this unopposed motion for a 30-day extension of time to file its opening brief, moving the deadline from October 31, 2024, to December 2, 2024. This second extension for Appellant's opening brief will be its last. Appellant respectfully shows the Court as follows:

1.     The Court issued a briefing schedule on August 22, with Appellant's opening brief due on October 1, 2024. Appellant promptly met and conferred with Appellees and filed an unopposed motion showing good cause to extend the opening brief deadline by 30 days. The Court granted the extension on August 30.

2.     There is good cause for a second (and final) 30-day extension. The attorneys primarily responsible for handling this matter for Appellant are undersigned counsel J. Michael Connolly and Cameron T. Norris. Since the Court granted its first extension on August 30, Mr. Connolly and Mr. Norris were counsel in a two-week bench trial in *Students for Fair Admissions v. The United States Naval Academy*, No. 23-cv-2699 (D. Md.), which concluded on September 26, with post-trial findings of facts and conclusions of law submitted on October 2. Following that trial, Mr. Connolly and Mr. Norris have numerous deadlines and filings in other matters, including a summary-judgment motion due October 15 in *Mississippi v. Becerra*, No. 1:22-cv-113 (S.D. Miss.); a motion-to-dismiss opposition due October 17 in *American Alliance for Equal Rights v. Southwest Airlines*, No. 3:24-cv-1209-D (N.D. Tex.); a motion-to-dismiss opposition due October 21 in *Beba LLC v. SEC*, No. 6:24-cv-153 (W.D. Tex.); an opening brief in

support of a petition for writ of mandamus due October 23 in *Parents Defending Education v. Sequoia Union High School District*, No. 24-civ-03586 (Cal. Super. Ct.); a certiorari reply due October 30 in *Return Mail, Inc. v. United States*, No. 24-47 (U.S.); an opening brief on the merits due November 4 in *IntegrateNYC, Inc. v. State of New York & Parents Defending Education* (N.Y.); and the initiation of four new federal lawsuits. Mr. Norris also had a rehearing reply filed on October 7 in *Parents Defending Education v. Olentangy Local School District*, No. 23-3630 (6th Cir.); a merits brief due on October 7 in *Chamber of Commerce v. CFPB*, No. 23-40650 (5th Cir.); a merits brief due on October 8 in *United States v. Skrmetti*, No. 23-477 (U.S.); and a long-planned family vacation from October 3 to October 11.

5. Appellant conferred with counsel for Appellees and confirms that no party opposes this extension.

6. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

## CONCLUSION

For the foregoing reasons, Appellant respectfully moves that the time for filing its opening brief be extended by 30 days from October 31, 2024, to December 2, 2024. Appellant will seek no additional extensions of time to file its opening brief.

Dated: October 11, 2024   Respectfully submitted,

 */s/ J. Michael Connolly*
Thomas R. McCarthy
J. Michael Connolly

3

>Cameron T. Norris
>Steven C. Begakis
>C<small>ONSOVOY</small> M<small>C</small>C<small>ARTHY</small> PLLC
>1600 Wilson Blvd., Suite 700
>Arlington, Virginia 22209
>(703) 243-9423
>mike@consovoymccarthy.com
>
>*Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.*

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellees, who advised that they do not oppose this request for an extension of time.

>*/s/ J. Michael Connolly*
>J. Michael Connolly

### CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 485 words, as well as the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in proportionally spaced typeface (14-point Garamond).

>*/s/ J. Michael Connolly*
>J. Michael Connolly

### CERTIFICATE OF SERVICE

I certify that on October 11, 2024, I electronically filed a true and correct copy of this motion with the Clerk of this Court via the CM/ECF system, notifying all counsel.

>*/s/ J. Michael Connolly*
>J. Michael Connolly

4