# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-50631    Students for Fair Admissions v. UT Austin
                       USDC No. 1:20-CV-763

The court has granted-in-part an extension of time to and including November 15, 2024 for filing appellant's brief in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Casey A. Sullivan, Deputy Clerk
                           504-310-7642

Mr. Steven Christopher Begakis
Mr. William Christian
Mr. John Michael Connolly
Mr. Thomas McCarthy
Ms. Marianne W. Nitsch
Mr. Cameron Thomas Norris
Mr. Brian Pidcock
Mr. Matthew Christopher Powers