No. 24-50631

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INCORPORATED,
*Plaintiff-Appellant,*

v.

UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, CHANCELLOR OF THE UNIVERSITY OF TEXAS SYSTEM IN HIS OFFICIAL CAPACITY; STEVEN LESLIE, EXECUTIVE VICE CHANCELLOR FOR ACADEMIC AFFAIRS OF THE UNIVERSITY OF TEXAS SYSTEM IN HIS OFFICIAL CAPACITY; DANIEL H. SHARPHORN, VICE CHANCELLOR AND GENERAL COUNSEL OF THE UNIVERSITY OF TEXAS SYSTEM IN HIS OFFICIAL CAPACITY; JAY HARTZELL, INTERIM PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN IN HIS OFFICIAL CAPACITY; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; CHRISTINA MELTON CRAIN, MEMBER OF THE BOARD OF REGENTS IN HER OFFICIAL CAPACITY; KEVIN P. ELTIFE, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; R. STEVEN HICKS, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; JODIE LEE JILES, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; JANIECE LONGORIA, MEMBER OF THE BOARD OF REGENTS IN HER OFFICIAL CAPACITY; NOLAN PEREZ, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; KELCY L. WARREN, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; JAMES C. (RAD) WEAVER, MEMBER OF THE BOARD OF REGENTS IN HIS OFFICIAL CAPACITY; DANIEL JAFFE, INTERIM EXECUTIVE VICE PRESIDENT AND PROVOST; RACHELLE HERNANDEZ, SENIOR VICE PROVOST FOR ENROLLMENT MANAGEMENT AND STUDENT SUCCESS; MIGUEL WASIELEWSKI, EXECUTIVE DIRECTOR FOR OFFICE OF ADMISSIONS,
*Defendants-Appellees,*

BLACK STUDENT ALLIANCE; TEXAS ORANGE JACKETS; TEXAS NAACP; ADAYLIN ALVAREZ; MORGAN BENNETT; LIZ KUFOUR; BRIANNA MALLORIE MCBRIDE; DESIREE ORTEGA-SANTIAGO; NIMA RAHMAN; ALEXANDRA TRUJILLO; ROSALEEN XIONG,
*Intervenor Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Texas, No. 1:20-cv-763 (Pitman, J.)

## RECORD EXCERPTS

Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Students for Fair Admissions, Inc.*

# TABLE OF CONTENTS

1. Docket Sheet .................................................................................. ROA.1-31

2. Opinion Being Appealed............................................................ROA.2001-13

3. Final Judgment.........................................................................ROA.2014-15

4. Notice of Appeal ......................................................................ROA.2016-17

5. Certificate of Service.........................................................................................ii

# TAB 1

APPEAL,ML

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:20-cv-00763-RP

Students for Fair Admissions, Inc. v. University of Texas at Austin et al

Assigned to: Judge Robert Pitman

Case in other court:   USCA 5th Circuit, 21-50715

                                   USCA Fifth Circuit, 24-50631

Cause: 42:1983 Civil Rights Act

Date Filed: 07/20/2020
Date Terminated: 07/15/2024
Jury Demand: None
Nature of Suit: 448 Civil Rights: Education
Jurisdiction: Federal Question

**Plaintiff**

**Students for Fair Admissions, Inc.**

represented by   **John Michael Connolly**
Consovoy McCarthy PLLC
1600 Wilson Blvd Suite 700,22209
Arlington, VA 22209
703-243-9423
Fax: 703-243-9423
Email: mike@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Christopher Begakis**
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
703-243-9423
Email: steven@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R. McCarthy**
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
Email: tmccarthy@wileyrein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William S. Consovoy**
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
703-243-9423
Fax: 703-243-9423
Email: will@consovoymccarthy.com
*TERMINATED: 01/31/2023*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron T. Norris**
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703-243-9423
Email: cam@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| University of Texas at Austin | represented by | **John J. McKetta , III** |
|---|---|---|

Graves Dougherty Hearon & Moody
401 Congress Avenue, Suite 2200
Austin, TX 78701
(512) 480-5600
Fax: 512/480-5816
Email: mmcketta@gdhm.com
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne Nitsch**
Graves Dougherty Hearon and Moody PC
401 Congress Ave
Suite 2700
Austin, TX 78701
512-480-5757
Fax: 512-480-5857
Email: mnitsch@gdhm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Powers**
Graves Dougherty Hearon & Moody PC
401 Congress Avenue
Suite 2700
Austin, TX 78701
(512)480-5725
Fax: (512)536-9938
Email: mpowers@gdhm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Christian**
Graves, Dougherty, Hearon & Moody
401 Congress Ave., Suite 2700
Austin, TX 78701

(512)480-5704
Fax: 512/480-5804
Email: wchristian@gdhm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James B. Milliken**                       represented by   **John J. McKetta , III**
*Chancellor of the University of Texas*                      (See above for address)
*System in his Official Capacity*                            *TERMINATED: 07/18/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marianne Nitsch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew C. Powers**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Christian**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Leslie**                           represented by   **John J. McKetta , III**
*Executive Vice Chancellor for Academic*                     (See above for address)
*Affairs of the University of Texas System in*               *TERMINATED: 07/18/2022*
*his Official Capacity*                                       *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marianne Nitsch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew C. Powers**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Christian**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

                                            represented by

| | | |
|---|---|---|
| **Daniel H. Sharphorn** | | **John J. McKetta , III** |
| *Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity* | | (See above for address) *TERMINATED: 07/18/2022* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Marianne Nitsch** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew C. Powers** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William Christian** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jay Hartzell** | represented by | **John J. McKetta , III** |
| *Interim President of the University of Texas at Austin in his Official Capacity* | | (See above for address) *TERMINATED: 07/18/2022* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Marianne Nitsch** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew C. Powers** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William Christian** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Board of Regents of the Texas State University System** | represented by | **John J. McKetta , III** (See above for address) *TERMINATED: 07/18/2022* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew C. Powers** (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Christian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David J. Beck**                                    represented by    **John J. McKetta , III**
*Member of the Board of Regents in his*                               (See above for address)
*Official Capacity*                                                   *TERMINATED: 07/18/2022*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Matthew C. Powers**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Christian**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Christina Melton Crain**                           represented by    **John J. McKetta , III**
*Member of the Board of Regents in her*                               (See above for address)
*Official Capacity*                                                   *TERMINATED: 07/18/2022*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Matthew C. Powers**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Christian**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin P. Eltife**                                  represented by    **John J. McKetta , III**
*Member of the Board of Regents in his*                               (See above for address)
*Official Capacity*                                                   *TERMINATED: 07/18/2022*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Marianne Nitsch**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew C. Powers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Christian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Steven Hicks**                              represented by  **John J. McKetta , III**
*Member of the Board of Regents in his*                         (See above for address)
*Official Capacity*                                             *TERMINATED: 07/18/2022*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Marianne Nitsch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew C. Powers**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Christian**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Jodie Lee Jiles**                              represented by  **John J. McKetta , III**
*Member of the Board of Regents in his*                         (See above for address)
*Official Capacity*                                             *TERMINATED: 07/18/2022*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Marianne Nitsch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew C. Powers**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Christian**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janiece Longoria**                    represented by    **John J. McKetta , III**
*Member of the Board of Regents in her*                    (See above for address)
*Official Capacity*                                        *TERMINATED: 07/18/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marianne Nitsch**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew C. Powers**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Christian**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Nolan Perez**                        represented by    **John J. McKetta , III**
*Member of the Board of Regents in his*                    (See above for address)
*Official Capacity*                                        *TERMINATED: 07/18/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marianne Nitsch**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew C. Powers**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Christian**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Kelcy L. Warren**                    represented by    **John J. McKetta , III**
*Member of the Board of Regents in his*                    (See above for address)
*Official Capacity*                                        *TERMINATED: 07/18/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne Nitsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Powers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Christian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James C. (Rad) Weaver**
*Member of the Board of Regents in his*
*Official Capacity*

represented by **John J. McKetta , III**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne Nitsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Powers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Christian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Jaffe**
*Interim Executive Vice President and*
*Provost*

represented by **John J. McKetta , III**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne Nitsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Powers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Christian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rachelle Hernandez**                    represented by   **John J. McKetta , III**
*Senior Vice Provost for Enrollment*                       (See above for address)
*Management and Student Success*                           *TERMINATED: 07/18/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Marianne Nitsch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew C. Powers**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Christian**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Miguel Wasielewski**                    represented by   **John J. McKetta , III**
*Executive Director for Office of Admissions*             (See above for address)
                                                           *TERMINATED: 07/18/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Marianne Nitsch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew C. Powers**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Christian**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

<em>ATTORNEY TO BE NOTICED</em>

**Intervenor Defendant**

| | | |
|---|---|---|
| **The Black Student Alliance** | represented by | **Brian C. Pidcock** |

Hunton Andrews Kurth LLP
600 Travis Suite 4200
Houston, TX 77002
713-220-3916
Fax: 713-220-4285
Email: brianpidcock@HuntonAK.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1850
Email: csimpson@huntonak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
Lawyers' Committee for Civil Rights Under
Law
1500 K St. NW, Ste. 900
Washington, DC 20005
202-662-8307
Fax: 202-783-0857
Email: David.Hinojosa@usdoj.gov
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
Lawyers Committee for Civil Rights Under
Law
1500 K Street, NW
Ste 900
Washington, DC 20005
202-662-8326
Email: gbonadies@lawyerscommittee.org
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
Lawyers' Committee for Civil Rights Under
Law
1500 K St NW
Suite 900
Washington, DC 20005

<span style="color:red">**24-50631.10**</span>

202-662-8600
Email: mbrodziak@lawyerscommittee.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue Nw
Washington, DC 20037
(202) 955-1921
Fax: (202) 778-2201
Email: rphair@hunton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**The Texas Orange Jackets**                    represented by  **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Texas NAACP**
            represented by    **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Adaylin Alvarez**
            represented by    **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Morgan Bennett**                    represented by  **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Liz Kufour**                                    represented by   **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Brianna Mallorie McBride**                      represented by   **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)

*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Desiree Ortega-Santiago**                    represented by    **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Nima Rahman**                     represented by    **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Alexandra Trujillo**              represented by    **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Rosaleen Xiong**                    represented by  **Brian C. Pidcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hinojosa**
(See above for address)
*TERMINATED: 08/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maya Brodziak**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2020 | 1 (p.32) | COMPLAINT ( Filing fee $ 400 receipt number 0542-13776861). No Summons requested at this time, filed by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Civil Cover Sheet Civil Cover Sheet)(Norris, Cameron) (Entered: 07/20/2020) |
| 07/20/2020 | 2 (p.93) | RULE 7 DISCLOSURE STATEMENT filed by Students for Fair Admissions, Inc.. (Norris, Cameron) (Entered: 07/20/2020) |
| 07/20/2020 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (dl) (Entered: 07/20/2020) |
| 07/20/2020 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (dl) (Entered: 07/20/2020) |
| 07/20/2020 | 3 (p.95) | Pro Hac Vice Letters mailed to Steven C. Begakis and William S. Consovoy. (dl) (Entered: 07/20/2020) |
| 08/14/2020 | 4 (p.97) | MOTION to Appear Pro Hac Vice by Cameron T. Norris *for William S. Consovoy* ( Filing fee $ 100 receipt number 0542-13864120) on behalf of Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Exhibit Jurisdiction List, # 2 (p.93) Proposed Order)(Norris, Cameron) Modified on 8/14/2020 (lt). (Entered: 08/14/2020) |
| 08/14/2020 | 5 (p.105) | MOTION to Appear Pro Hac Vice by Cameron T. Norris *for Steven C. Begakis* ( Filing fee $ 100 receipt number 0542-13864218) on behalf of Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Proposed Order)(Norris, Cameron) Modified on 8/14/2020 (lt). (Entered: 08/14/2020) |
| 08/17/2020 | 6 (p.110) | ORDER GRANTING 4 (p.97) Motion for William Consovoy to Appear Pro Hac Vice on behalf of Students for Fair Admissions, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Robert Pitman. (lt) (Entered: 08/17/2020) |
| 08/17/2020 | 7 (p.111) | ORDER GRANTING 5 (p.105) Motion for Steven Begakis to Appear Pro Hac Vice on behalf of Students for Fair Admissions, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Robert Pitman. (lt) (Entered: 08/17/2020) |
| 09/03/2020 | 8 (p.112) | WAIVER OF SERVICE Returned Executed by Students for Fair Admissions, Inc. as to All Defendants. (Begakis, Steven) (Entered: 09/03/2020) |

| 09/18/2020 | 9 (p.130) | NOTICE of Attorney Appearance by John Michael Connolly on behalf of Students for Fair Admissions, Inc.. Attorney John Michael Connolly added to party Students for Fair Admissions, Inc.(pty:pla) (Connolly, John) (Entered: 09/18/2020) |
| 10/16/2020 | 10 (p.131) | MOTION to Dismiss for Lack of Jurisdiction , Motion to Dismiss for Failure to State a Claim by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Proposed Order Order)(Powers, Matthew) (Entered: 10/16/2020) |
| 10/16/2020 | 11 (p.141) | *Defendants'* ANSWER to 1 (p.32) Complaint by Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver.(Powers, Matthew) (Entered: 10/16/2020) |
| 10/22/2020 | 12 (p.176) | Agreed MOTION for Extension of Time to File Response/Reply as to 10 (p.131) MOTION to Dismiss for Lack of Jurisdiction Motion to Dismiss for Failure to State a Claim *, or to File Amended Complaint,* by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Proposed Order)(Consovoy, William) (Entered: 10/22/2020) |
| 10/23/2020 | | Text Order GRANTING 12 (p.176) Motion for Extension of Time to File Response/Reply entered by Judge Robert Pitman. IT IS ORDERED that Plaintiff shall respond to Defendants' motion, (Dkt. 10), on or before November 16, 2020. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aa2) (Entered: 10/23/2020) |
| 11/16/2020 | 13 (p.180) | AMENDED COMPLAINT against All Defendants amending 1 (p.32) Complaint., filed by Students for Fair Admissions, Inc..(Connolly, John) (Entered: 11/16/2020) |
| 11/17/2020 | | Text Order MOOTING 10 (p.131) Motion to Dismiss for Lack of Jurisdiction; MOOTING 10 (p.131) Motion to Dismiss for Failure to State a Claim entered by Judge Robert Pitman. In light of Plaintiffs amended complaint, (Dkt. 13), Defendants motion to dismiss, (Dkt. 10), pertains to a now-superseded pleading and is thus MOOT. See Good River Farms, LP v. TXI Operations, LP, No. 1:17-CV-1117-RP, 2018 WL 1770494, at *3 (W.D. Tex. Apr. 12, 2018); see also King v. Dogan, 31 F.3d 344, 346 (5th Cir. 1994). (This is a text-only entry generated by the court. There is no document associated with this entry.) (aa2) (Entered: 11/17/2020) |
| 11/30/2020 | 14 (p.231) | *Defendants' First Amended* ANSWER to 13 (p.180) Amended Complaint by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver.(Powers, Matthew) (Entered: 11/30/2020) |
| 12/08/2020 | 15 (p.263) | ORDER SETTING Telephonic Status Conference for 12/17/2020 at 10:00 AM before Judge Robert Pitman. Signed by Judge Robert Pitman. (jv2) (Entered: 12/08/2020) |

| | | |
|---|---|---|
| 12/15/2020 | <u>16</u><br>(p.265) | NOTICE *Joint Notice of Proposed Scheduling Orders* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver (Attachments: # <u>1 (p.32)</u> Exhibit A - Plaintiff's Proposed Scheduling Order, # <u>2 (p.93)</u> Exhibit B - Defendants' Proposed Scheduling Order)(Powers, Matthew) (Entered: 12/15/2020) |
| 12/15/2020 | <u>17</u><br>(p.274) | NOTICE *Statement in Support of Defendants' Scheduling Order* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver (Powers, Matthew) (Entered: 12/15/2020) |
| 12/15/2020 | <u>18</u><br>(p.279) | NOTICE *Addendum to Plaintiff's Proposed Scheduling Order* by Students for Fair Admissions, Inc. re <u>16 (p.265)</u> Notice (Other),, (Attachments: # <u>1 (p.32)</u> Exhibit)(Connolly, John) (Entered: 12/15/2020) |
| 12/16/2020 | <u>19</u><br>(p.288) | NOTICE of Attorney Appearance by Brian C. Pidcock on behalf of Texas NAACP, et al., Adaylin Alvarez, et al.. Attorney Brian C. Pidcock added to party Texas NAACP, et al.(pty:intvd), Attorney Brian C. Pidcock added to party Adaylin Alvarez, et al.(pty:intvd) (Pidcock, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | <u>20</u><br>(p.291) | MOTION to Appear Pro Hac Vice by Brian C. Pidcock *on behalf of Ryan P. Phair* ( Filing fee $ 100 receipt number 0542-14294797) by on behalf of Texas NAACP, et al.. (Pidcock, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | <u>21</u><br>(p.297) | MOTION to Appear Pro Hac Vice by Brian C. Pidcock *on behalf of Carter C. Simpson* ( Filing fee $ 100 receipt number 0542-14294814) by on behalf of Texas NAACP, et al.. (Pidcock, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | <u>22</u><br>(p.303) | MOTION to Appear Pro Hac Vice by Brian C. Pidcock *on behalf of Genevieve Bonadies Torres* ( Filing fee $ 100 receipt number 0542-14294821) by on behalf of Texas NAACP, et al.. (Pidcock, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | <u>23</u><br>(p.310) | MOTION for Leave to Exceed Page Limitation by Texas NAACP, et al.. (Attachments: # <u>1 (p.32)</u> Proposed Order)(Pidcock, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | <u>24</u><br>(p.317) | MOTION *to Intervene* by The Black Student Alliance, The Texas Orange Jackets, Texas NAACP, Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, Rosaleen Xiong. (Attachments: # <u>1 (p.32)</u> Exhibit A - Proposed Answer, # <u>2 (p.93)</u> Exhibit B, # <u>3 (p.95)</u> Exhibit C, # <u>4 (p.97)</u> Exhibit D, # <u>5 (p.105)</u> Exhibit E, # <u>6 (p.110)</u> Exhibit F, # <u>7 (p.111)</u> Exhibit G, # <u>8 (p.112)</u> Exhibit H, # <u>9 (p.130)</u> Exhibit I, # <u>10 (p.131)</u> Exhibit J, # <u>11 (p.141)</u> Exhibit K, # <u>12 (p.176)</u> Exhibit L, # <u>13 (p.180)</u> Exhibit M - Proposed Order)(Pidcock, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | <u>25</u><br>(p.462) | Memorandum in Support, filed by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong, re <u>24 (p.317)</u> MOTION *to Intervene* filed by Intervenor Defendant Texas NAACP, Intervenor Defendant Desiree Ortega-Santiago, Intervenor Defendant The Black Student Alliance, Intervenor Defendant Alexandra Trujillo, Intervenor Defendant Brianna Mallorie McBride, Intervenor Defendant Liz |

| | | Kufour, Intervenor Defendant Nima Rahman, Intervenor Defendant Morgan Bennett, Intervenor Defendant The Texas Orange Jackets, Intervenor Defendant Adaylin Alvarez, Intervenor Defendant Rosaleen Xiong (Pidcock, Brian) (Entered: 12/16/2020) |
|---|---|---|
| 12/17/2020 | 26 (p.480) | CORRECTED MOTION *to appear Pro Hac Vice on behalf of Genevieve Bonadies Torres* by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Pidcock, Brian) Modified on 12/17/2020 to change motion event (jv2). (Entered: 12/17/2020) |
| 12/17/2020 | 28 | Minute Entry for proceedings held before Judge Robert Pitman: Status Conference held on 12/17/2020 (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.)(td) (Entered: 12/21/2020) |
| 12/18/2020 | 27 (p.486) | NOTICE *of Waiver Pursuant to 28 U.S.C. § 455(E)* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver (Powers, Matthew) (Entered: 12/18/2020) |
| 12/23/2020 | 29 (p.488) | Memorandum in Opposition to Motion, filed by Students for Fair Admissions, Inc., re 24 (p.317) MOTION *to Intervene* filed by Movant Texas NAACP, Movant Desiree Ortega-Santiago, Movant The Black Student Alliance, Movant Alexandra Trujillo, Movant Brianna Mallorie McBride, Movant Liz Kufour, Movant Nima Rahman, Movant Morgan Bennett, Movant The Texas Orange Jackets, Movant Adaylin Alvarez, Movant Rosaleen Xiong (Connolly, John) (Entered: 12/23/2020) |
| 12/23/2020 | 30 (p.502) | MOTION for Leave to Exceed Page Limitation by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Exhibit Proposed Order)(Connolly, John) (Entered: 12/23/2020) |
| 12/23/2020 | 31 (p.507) | NOTICE *of Waiver Pursuant to 28 U.S.C. § 455(E)* by Students for Fair Admissions, Inc. (Connolly, John) (Entered: 12/23/2020) |
| 12/23/2020 | | Notice of Correction: re 30 (p.502) MOTION for Leave to Exceed Page Limitation and 29 (p.488) Memorandum in Opposition to Motion. ***PLEASE TAKE NOTE for future filing purposes: When filing a Motion for Leave to Exceed Page Limitations in the Austin Division, the document that exceeds the page limit should be attached to the motion, and should no longer be filed as a separate docket event. The filing that exceeds the page limitation will be added to the docket record by the Clerks Office, if the Court grants your motion for leave. No further action required at this time. (lt) (Entered: 12/23/2020) |
| 12/28/2020 | | Text Order GRANTING 23 (p.310) Motion for Leave to File Excess Pages entered by Judge Robert Pitman. IT IS ORDERED that Proposed Defendant-Intervenors' memorandum in support of Proposed Defendant-Intervenors Motion to Intervene is limited to no more than 15 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aa2) (Entered: 12/28/2020) |
| 12/28/2020 | | Text Order GRANTING 30 (p.502) Unopposed Motion for Leave to File Excess Pages entered by Judge Robert Pitman. IT IS ORDERED that Plaintiff's Opposition to Proposed Defendant-Intervenors' Motion to Intervene, (Dkt. 26), is limited to no more than 11 pages. (This is a text-only entry generated by the court. There is no |

| | | |
|---|---|---|
| | | document associated with this entry.) (aa2) (Entered: 12/28/2020) |
| 12/29/2020 | | Text Order GRANTING 26 (p.480) Corrected Motion to Appear Pro Hac Vice by attorney Genevieve Bonadies Torres. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg) (Entered: 12/29/2020) |
| 12/29/2020 | | Text Order GRANTING 20 (p.291) Motion to Appear Pro Hac Vice by attorney Ryan P. Phair. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg) (Entered: 12/29/2020) |
| 12/29/2020 | | Text Order GRANTING 21 (p.297) Motion to Appear Pro Hac Vice by attorney Carter C. Simpson. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg) (Entered: 12/29/2020) |
| 12/30/2020 | 32 (p.510) | Memorandum in Support, filed by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong, re 24 (p.317) MOTION *to Intervene* filed by Movant Texas NAACP, Movant Desiree Ortega-Santiago, Movant The Black Student Alliance, Movant Alexandra Trujillo, Movant Brianna Mallorie McBride, Movant Liz Kufour, Movant Nima Rahman, Movant Morgan Bennett, Movant The Texas Orange Jackets, Movant Adaylin Alvarez, Movant Rosaleen Xiong (Attachments: # 1 (p.32) Exhibit N, # 2 (p.93) Exhibit O, # 3 (p.95) Exhibit P)(Pidcock, Brian) (Entered: 12/30/2020) |
| 01/05/2021 | 33 (p.530) | SCHEDULING ORDER: Consent to Trial by Magistrate due by 2/4/2021, ADR Report Deadline due by 2/4/2021, Amended Pleadings due by 2/11/2021, Joinder of Parties due by 2/11/2021, Defendants' Dispositive Motions concerning standing or res judicata due by 02/25/2021, Discovery due by 3/16/2022, Dispositive Motions due by 4/27/2022, Bench Trial set for 9/12/2022 at 09:00 AM before Judge Robert Pitman. Signed by Judge Robert Pitman. (jv2) (Entered: 01/05/2021) |
| 01/06/2021 | 34 (p.535) | MOTION to Appear Pro Hac Vice by John Michael Connolly *for Thomas R. McCarthy* ( Filing fee $ 100 receipt number 0542-14345220) on behalf of Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Proposed Order, # 2 (p.93) Exhibit Jurisdictions)(Connolly, John) (Entered: 01/06/2021) |
| 01/12/2021 | | Text Order GRANTING 34 (p.535) Motion to Appear Pro Hac Vice by attorney Thomas R. McCarthy. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Robert Pitman. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg) (Entered: 01/12/2021) |
| 01/14/2021 | 35 (p.542) | MEMORANDUM OPINION AND ORDER GRANTING 24 (p.317) Motion to Intervene. Signed by Judge Robert Pitman. (jv2) (Entered: 01/14/2021) |

| | | |
|---|---|---|
| 01/14/2021 | 36 (p.556) | ANSWER to 13 (p.180) Amended Complaint by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong.(jv2) (Entered: 01/15/2021) |
| 01/21/2021 | 37 (p.589) | Joint MOTION for Entry of Confidentiality and Protective Order by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Proposed Order CONFIDENTIALITY AND PROTECTIVE ORDER)(Powers, Matthew) (Entered: 01/21/2021) |
| 01/25/2021 | 38 (p.602) | CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Robert Pitman. (jv2) (Entered: 01/25/2021) |
| 02/04/2021 | 39 (p.612) | ADR Report Filed - NON-CONSENT to Alternate Dispute Resolution (ADR) by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver(Powers, Matthew) (Entered: 02/04/2021) |
| 02/04/2021 | 40 (p.616) | NOTICE *Concerning Reference to United States Magistrate Judge* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver (Powers, Matthew) (Entered: 02/04/2021) |
| 02/04/2021 | 41 (p.619) | NOTICE *Concerning Reference to United States Magistrate Judge* by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong (Simpson, Carter) (Entered: 02/04/2021) |
| 02/04/2021 | 42 (p.622) | NOTICE *Concerning Reference to United States Magistrate Judge* by Students for Fair Admissions, Inc. (Connolly, John) (Entered: 02/04/2021) |
| 02/19/2021 | 43 (p.624) | Agreed MOTION to Extend Scheduling Order Deadlines by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Proposed Order)(Powers, Matthew) (Entered: 02/19/2021) |
| 02/19/2021 | | Text Order GRANTING 43 (p.624) Motion to Extend Scheduling Order Deadlines entered by Judge Robert Pitman. IT IS ORDERED that the parties' scheduling order, (Dkt. 33 at 5), is amended to extend the deadline for Defendants to file any dispositive motions concerning standing or res judicata until March 8, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aa2) (Entered: 02/19/2021) |

| | | |
|---|---|---|
| 02/19/2021 | | Reset Deadlines: Dispositive Motions concerning standing or res judicata until due by 3/8/2021. (klw) (Entered: 02/19/2021) |
| 03/08/2021 | 44 (p.629) | MOTION to Dismiss *for Lack of Standing and Joinder on Res Judicata* by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Attachments: # 1 (p.32) Exhibit A, # 2 (p.93) Exhibit B, # 3 (p.95) Exhibit C, # 4 (p.97) Exhibit D)(Simpson, Carter) (Entered: 03/08/2021) |
| 03/08/2021 | 45 (p.762) | MOTION for Summary Judgment *OR DISMISSAL BASED ON LACK OF STANDING, RES JUDICATA, AND COLLATERAL ESTOPPEL* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Exhibit A, # 2 (p.93) Exhibit B, # 3 (p.95) Exhibit C, # 4 (p.97) Exhibit D, # 5 (p.105) Exhibit E, # 6 (p.110) Exhibit F, # 7 (p.111) Exhibit G, # 8 (p.112) Exhibit H, # 9 (p.130) Exhibit I, # 10 (p.131) Exhibit J, # 11 (p.141) Exhibit K, # 12 (p.176) Exhibit L, # 13 (p.180) Exhibit M, # 14 (p.231) Exhibit N, # 15 (p.263) Exhibit O, # 16 (p.265) Exhibit P, # 17 (p.274) Exhibit Q, # 18 (p.279) Exhibit R, # 19 (p.288) Exhibit S, # 20 (p.291) Exhibit T, # 21 (p.297) Proposed Order)(Powers, Matthew) (Entered: 03/08/2021) |
| 03/30/2021 | 46 (p.1178) | ORDER that Plaintiff shall file a response to Defendants' 45 (p.762) MOTION for dismissal, or alternatively summary judgment and Defendant-Intervenors' 44 (p.629) MOTION to Dismiss. Response due April 7, 2021. Signed by Judge Robert Pitman. (jv2) (Entered: 03/31/2021) |
| 03/31/2021 | 47 (p.1181) | Agreed MOTION to Amend/Correct 33 (p.530) Order,, Set Scheduling Order Deadlines, by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Proposed Order Proposed Order)(Connolly, John) (Entered: 03/31/2021) |
| 04/01/2021 | 48 (p.1186) | ORDER GRANTING Agreed 47 (p.1181) Motion to Clarify or Amend the Scheduling Order. Signed by Judge Robert Pitman. (jv2) (Entered: 04/01/2021) |
| 04/05/2021 | 49 (p.1187) | Response in Opposition to Motion, filed by Students for Fair Admissions, Inc., re 45 (p.762) MOTION for Summary Judgment *OR DISMISSAL BASED ON LACK OF STANDING, RES JUDICATA, AND COLLATERAL ESTOPPEL* filed by Defendant Christina Melton Crain, Defendant James C. (Rad) Weaver, Defendant Jodie Lee Jiles, Defendant Board of Regents of the Texas State University System, Defendant R. Steven Hicks, Defendant Rachelle Hernandez, Defendant Steven Leslie, Defendant James B. Milliken, Defendant Kevin P. Eltife, Defendant Daniel Jaffe, Defendant University of Texas at Austin, Defendant Daniel H. Sharphorn, Defendant Miguel Wasielewski, Defendant Janiece Longoria, Defendant Nolan Perez, Defendant David J. Beck, Defendant Jay Hartzell, Defendant Kelcy L. Warren (Attachments: # 1 (p.32) Connolly Declaration, # 2 (p.93) Exhibit A, # 3 (p.95) Exhibit B, # 4 (p.97) Exhibit C, # 5 (p.105) Exhibit D, # 6 (p.110) Exhibit E, # 7 (p.111) Exhibit F, # 8 (p.112) Exhibit G, # 9 (p.130) Exhibit H, # 10 (p.131) Exhibit I, # 11 (p.141) Exhibit J, # 12 (p.176) Exhibit K, # 13 (p.180) Exhibit L, # 14 (p.231) Exhibit M, # 15 (p.263) Exhibit N, # 16 (p.265) Exhibit O, # 17 (p.274) Exhibit P, # 18 (p.279) Exhibit Q, # 19 (p.288) Exhibit R, # 20 (p.291) Exhibit S, # 21 (p.297) Exhibit T)(Connolly, John) (Entered: 04/05/2021) |
| 04/05/2021 | | |

| | | |
|---|---|---|
| | 50 (p.1428) | Response in Opposition to Motion, filed by Students for Fair Admissions, Inc., re 44 (p.629) MOTION to Dismiss *for Lack of Standing and Joinder on Res Judicata* filed by Intervenor Defendant Texas NAACP, Intervenor Defendant Desiree Ortega-Santiago, Intervenor Defendant The Black Student Alliance, Intervenor Defendant Alexandra Trujillo, Intervenor Defendant Brianna Mallorie McBride, Intervenor Defendant Liz Kufour, Intervenor Defendant Nima Rahman, Intervenor Defendant Morgan Bennett, Intervenor Defendant The Texas Orange Jackets, Intervenor Defendant Adaylin Alvarez, Intervenor Defendant Rosaleen Xiong (Connolly, John) (Entered: 04/05/2021) |
| 04/16/2021 | 51 (p.1442) | Unopposed MOTION for Extension of Time to File Response/Reply as to 45 (p.762) MOTION for Summary Judgment *OR DISMISSAL BASED ON LACK OF STANDING, RES JUDICATA, AND COLLATERAL ESTOPPEL*, 44 (p.629) MOTION to Dismiss *for Lack of Standing and Joinder on Res Judicata* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Proposed Order Order Granting Unopposed Motion for Extension of Time to File Reply in Support of Defendants Motion for Summary Judgment or Dismissal Based on Lack of Standing, Res Judicata, and Collateral Estoppel and to file Reply in Support of Intervenors Motion to Dismiss and Joinder for Lack of Standing and Joinder on Res Judicata.)(Powers, Matthew) (Entered: 04/16/2021) |
| 04/19/2021 | | Text Order GRANTING 51 (p.1442) Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Robert Pitman. IT IS ORDERED that Defendants and Defendant-Intervenors shall file a reply in support of their motions, (Dkts. 44, 45), on or before April 26, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (aa2) (Entered: 04/19/2021) |
| 04/26/2021 | 52 (p.1447) | REPLY to Response to Motion, filed by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver, re 45 (p.762) MOTION for Summary Judgment *OR DISMISSAL BASED ON LACK OF STANDING, RES JUDICATA, AND COLLATERAL ESTOPPEL* filed by Defendant Christina Melton Crain, Defendant James C. (Rad) Weaver, Defendant Jodie Lee Jiles, Defendant Board of Regents of the Texas State University System, Defendant R. Steven Hicks, Defendant Rachelle Hernandez, Defendant Steven Leslie, Defendant James B. Milliken, Defendant Kevin P. Eltife, Defendant Daniel Jaffe, Defendant University of Texas at Austin, Defendant Daniel H. Sharphorn, Defendant Miguel Wasielewski, Defendant Janiece Longoria, Defendant Nolan Perez, Defendant David J. Beck, Defendant Jay Hartzell, Defendant Kelcy L. Warren (Powers, Matthew) (Entered: 04/26/2021) |
| 04/26/2021 | 53 (p.1475) | REPLY to Response to Motion, filed by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong, re 44 (p.629) MOTION to Dismiss *for Lack of Standing and Joinder on Res Judicata* filed by Intervenor Defendant Texas NAACP, Intervenor Defendant Desiree Ortega-Santiago, Intervenor Defendant The Black |

| | | |
|---|---|---|
| | | Student Alliance, Intervenor Defendant Alexandra Trujillo, Intervenor Defendant Brianna Mallorie McBride, Intervenor Defendant Liz Kufour, Intervenor Defendant Nima Rahman, Intervenor Defendant Morgan Bennett, Intervenor Defendant The Texas Orange Jackets, Intervenor Defendant Adaylin Alvarez, Intervenor Defendant Rosaleen Xiong (Simpson, Carter) (Entered: 04/26/2021) |
| 07/09/2021 | 54 (p.1491) | MOTION *for Extension of Discovery Stay* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Exhibit A, # 2 (p.93) Proposed Order Order on Defendants Motion for Extension of Discovery Stay)(Powers, Matthew) Modified on 7/12/2021 (jv2). (Entered: 07/09/2021) |
| 07/12/2021 | 55 (p.1522) | Response in Opposition to Motion, filed by Students for Fair Admissions, Inc., re 54 (p.1491) MOTION to Stay filed by Defendant Christina Melton Crain, Defendant James C. (Rad) Weaver, Defendant Jodie Lee Jiles, Defendant Board of Regents of the Texas State University System, Defendant R. Steven Hicks, Defendant Rachelle Hernandez, Defendant Steven Leslie, Defendant James B. Milliken, Defendant Kevin P. Eltife, Defendant Daniel Jaffe, Defendant University of Texas at Austin, Defendant Daniel H. Sharphorn, Defendant Miguel Wasielewski, Defendant Janiece Longoria, Defendant Nolan Perez, Defendant David J. Beck, Defendant Jay Hartzell, Defendant Kelcy L. Warren (Connolly, John) (Entered: 07/12/2021) |
| 07/13/2021 | | Text Order GRANTING IN PART AND DENYING IN PART 54 (p.1491) Motion to Stay entered by Judge Robert Pitman. IT IS ORDERED that merits discovery in this case remains stayed until after the Court issues a ruling on Defendants' Motion for SummaryJudgment, (Dkt. 45), and Defendant-Intervenors Motion to Dismiss, (Dkt. 44). (This is a text-only entry generated by the court. There is no document associated with this entry.) (aa2) (Entered: 07/13/2021) |
| 07/26/2021 | 56 (p.1529) | ORDER DENYING Defendant-Intervenors' 44 (p.629) Motion to Dismiss, and DENYING IN PART Defendants' 44 (p.629) Motion to Dismiss ; GRANTING IN PART Defendants' 45 (p.762) Motion for Summary Judgment. Signed by Judge Robert Pitman. (jv2) **VACATED IN PART - see the Court's Order (Dkt. 62)** (Entered: 07/26/2021) |
| 07/26/2021 | 57 (p.1552) | **VACATED pursuant to the Court's Order (Dkt. 62)** FINAL JUDGMENT. Signed by Judge Robert Pitman. (jv2) Modified on 7/19/2022 (jv2). (Entered: 07/26/2021) |
| 08/05/2021 | 58 (p.1554) | Appeal of Final Judgment 57 (p.1552) , 56 (p.1529) by Students for Fair Admissions, Inc.. ( Filing fee $ 505 receipt number 0542-15086583) (Norris, Cameron) (Entered: 08/05/2021) |
| 08/05/2021 | | NOTICE OF APPEAL following 58 (p.1554) Notice of Appeal (E-Filed) by Students for Fair Admissions, Inc. Filing fee $ 505, receipt number 0542-15086583. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (lt) (Entered: 08/05/2021) |
| 08/10/2021 | | |

| | | |
|---|---|---|
| | 59 (p.1557) | TRANSCRIPT REQUEST by Students for Fair Admissions, Inc.. (Norris, Cameron) (Entered: 08/10/2021) |
| 08/23/2021 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit re Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (jv2) (Entered: 08/23/2021) |
| 07/12/2022 | 60 (p.1560) | Certified copy of USCA JUDGMENT/MANDATE and Opinion. IT IS ORDERED AND ADJUDGED that the judgment of the District Court is REVERSED and the case is REMANDED to the District Court. (jv2) (Entered: 07/12/2022) |
| 07/15/2022 | 61 (p.1582) | Unopposed MOTION to Withdraw as Attorney *as to John J. McKetta, III* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Proposed Order Granting Motion for Withdrawal of Counsel)(Powers, Matthew) (Entered: 07/15/2022) |
| 07/18/2022 | | Text Order GRANTING 61 (p.1582) Motion to Withdraw as Attorney entered by Judge Robert Pitman. In light of the lack of opposition and for good cause shown, IT IS ORDERED that John J. McKetta, III's motion to withdraw as attorney is GRANTED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jalc) (Entered: 07/18/2022) |
| 07/19/2022 | 62 (p.1586) | ORDER VACATING 57 (p.1552) Final Judgment. IT IS FURTHER ORDERED the 56 (p.1529) Order is VACATED solely as to the Court's grant of summary judgment based on res judicata. Signed by Judge Robert Pitman. (jv2) (Entered: 07/19/2022) |
| 07/20/2022 | 63 (p.1588) | Joint MOTION to Stay Case by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Proposed Order)(Connolly, John) (Entered: 07/20/2022) |
| 07/21/2022 | | Text Order GRANTING 63 (p.1588) Motion to Stay Case entered by Judge Robert Pitman. In light of the parties' agreement, IT IS ORDERED that this case is STAYED pending further order of the Court. IT IS FURTHER ORDERED that the parties shall file a joint status report every 90 days, with the first on due on or before October 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jalc) (Entered: 07/21/2022) |
| 08/02/2022 | 64 (p.1596) | ORDER SETTING Telephone Conference for 8/8/2022 at 04:00 PM before Judge Robert Pitman. Signed by Judge Robert Pitman. (jv2) (Entered: 08/02/2022) |
| 08/03/2022 | 65 (p.1597) | ORDER CANCELLING TELEPHONE CONFERENCE set for Monday, 08/08/2022 at 4:00 PM. Signed by Judge Robert Pitman. (jv2) (Entered: 08/03/2022) |
| 10/19/2022 | 66 (p.1598) | STATUS REPORT *JOINT* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Christian, William) (Entered: 10/19/2022) |
| 01/17/2023 | 67 (p.1601) | STATUS REPORT *JOINT* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle |

| | | Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Christian, William) (Entered: 01/17/2023) |
|---|---|---|
| 01/30/2023 | 68 (p.1605) | Unopposed MOTION to Withdraw as Attorney *William S. Consovoy* by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Proposed Order)(Connolly, John) (Entered: 01/30/2023) |
| 01/31/2023 | | Text Order GRANTING 68 (p.1605) Motion to Withdraw as Attorney entered by Judge Robert Pitman. For good cause shown, IT IS ORDERED that William S. Consovoy is WITHDRAWN as Plaintiff's attorney. (This is a text-only entry generated by the court. There is no document associated with this entry.) (lolc) (Entered: 01/31/2023) |
| 04/17/2023 | 69 (p.1608) | STATUS REPORT *JOINT* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Christian, William) (Entered: 04/17/2023) |
| 07/06/2023 | 70 (p.1612) | MOTION to Withdraw as Attorney *Genevieve Bonadies Torres* by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Attachments: # 1 (p.32) Proposed Order Proposed Order on Motion to Withdraw)(Torres, Genevieve) (Entered: 07/06/2023) |
| 07/07/2023 | | Text Order GRANTING 70 (p.1612) Motion to Withdraw as Attorney entered by Judge Robert Pitman. For good cause shown, IT IS ORDERED that Genevieve Bonadies Torres is WITHDRAWN as Counsel for Defendant-Intervenors. (This is a text-only entry generated by the court. There is no document associated with this entry.) (lolc) (Entered: 07/07/2023) |
| 07/17/2023 | 71 (p.1615) | STATUS REPORT *JOINT* by Students for Fair Admissions, Inc.. (Connolly, John) (Entered: 07/17/2023) |
| 07/18/2023 | 72 (p.1619) | ORDER SETTING HEARING FOR TELEPHONE CONFERENCE by phone for 7/27/2023 at 09:00 AM before Judge Robert Pitman. Signed by Judge Robert Pitman. (cc3) (Entered: 07/18/2023) |
| 07/19/2023 | 73 (p.1620) | ORDER Lifting Stay. Signed by Judge Robert Pitman. (jv2) (Entered: 07/19/2023) |
| 07/27/2023 | 74 | Minute Entry for proceedings held before Judge Robert Pitman: Telephone Conference held on 7/27/2023 (Minute entry documents are not available electronically.) (Court Reporter Lily Reznik.)(jv2) (Entered: 07/27/2023) |
| 08/14/2023 | 75 (p.1621) | NOTICE of Attorney Appearance by David G. Hinojosa on behalf of Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong (Hinojosa, David) (Entered: 08/14/2023) |
| 08/28/2023 | | |

| | | |
|---|---|---|
| | 76 (p.1623) | STATUS REPORT by Students for Fair Admissions, Inc.. (Norris, Cameron) (Entered: 08/28/2023) |
| 08/30/2023 | 77 (p.1626) | ORDER SETTING Telephone Conference for 9/12/2023 at 10:00 AM before Judge Robert Pitman. Signed by Judge Robert Pitman. (jv2) (Entered: 08/30/2023) |
| 09/06/2023 | 78 (p.1627) | Scheduling Recommendations/Proposed Scheduling Order *JOINT* by Students for Fair Admissions, Inc.. (Connolly, John) (Entered: 09/06/2023) |
| 09/06/2023 | 79 (p.1630) | Scheduling Recommendations *Intervenor-Defendants' Submission on Discovery and Dispositive Motion Schedule* by Adaylin Alvarez, Morgan Bennett, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Hinojosa, David) (Entered: 09/06/2023) |
| 09/08/2023 | 80 (p.1637) | ORDER RESETTING. Telephone Conference RESET for 9/12/2023 at 09:30 AM before Judge Robert Pitman. Signed by Judge Robert Pitman. (**TIME CHANGE ONLY**) (jv2) (Entered: 09/08/2023) |
| 09/12/2023 | 81 | Minute Entry for proceedings held before Judge Robert Pitman: Telephone Conference held on 9/12/2023 (Minute entry documents are not available electronically.) Written order forthcoming. (Court Reporter Arlinda Rodriguez.)(jv2) (Entered: 09/12/2023) |
| 09/13/2023 | 82 (p.1638) | SCHEDULING ORDER. Signed by Judge Robert Pitman. (jv2) (Entered: 09/13/2023) |
| 09/18/2023 | 83 (p.1639) | MOTION to Appear Pro Hac Vice by David G. Hinojosa *on behalf of Maya Brodziak* ( Filing fee $ 100 receipt number ATXWDC-17893289) by on behalf of Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Attachments: # 1 (p.32) Appendix List of Clients Represented)(Hinojosa, David) (Entered: 09/18/2023) |
| 09/20/2023 | 84 (p.1645) | ORDER GRANTING 83 (p.1639) Motion to Appear Pro Hac Vice for Attorney Maya Brodziak for Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, and for Rosaleen Xiong. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Robert Pitman. (jv2) (Entered: 09/20/2023) |
| 10/27/2023 | 85 (p.1646) | MOTION to Dismiss for Lack of Jurisdiction *For Mootness* by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver. (Attachments: # 1 (p.32) Affidavit VP of Admissions, # 2 (p.93) Exhibit Training presentation)(Christian, William) (Entered: 10/27/2023) |
| 10/27/2023 | 86 (p.1694) | MOTION to Dismiss *For Mootness* by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Hinojosa, David) (Entered: 10/27/2023) |

| | | |
|---|---|---|
| 11/27/2023 | 87 (p.1711) | MOTION for Summary Judgment by Students for Fair Admissions, Inc.. (Attachments: # 1 (p.32) Connolly Declaration, # 2 (p.93) Exhibit A, # 3 (p.95) Exhibit B, # 4 (p.97) Exhibit C, # 5 (p.105) Exhibit D, # 6 (p.110) Exhibit E, # 7 (p.111) Exhibit F, # 8 (p.112) Exhibit G, # 9 (p.130) Exhibit H, # 10 (p.131) Exhibit I, # 11 (p.141) Exhibit J, # 12 (p.176) Exhibit K, # 13 (p.180) Exhibit L, # 14 (p.231) Exhibit M, # 15 (p.263) Exhibit N, # 16 (p.265) Exhibit O, # 17 (p.274) Exhibit P)(Connolly, John) (Entered: 11/27/2023) |
| 11/27/2023 | 88 (p.1915) | Response in Opposition to Motion, filed by Students for Fair Admissions, Inc., re 85 (p.1646) MOTION to Dismiss for Lack of Jurisdiction *For Mootness* filed by Defendant Christina Melton Crain, Defendant James C. (Rad) Weaver, Defendant Jodie Lee Jiles, Defendant Board of Regents of the Texas State University System, Defendant R. Steven Hicks, Defendant Rachelle Hernandez, Defendant Steven Leslie, Defendant James B. Milliken, Defendant Kevin P. Eltife, Defendant Daniel Jaffe, Defendant University of Texas at Austin, Defendant Daniel H. Sharphorn, Defendant Miguel Wasielewski, Defendant Janiece Longoria, Defendant Nolan Perez, Defendant David J. Beck, Defendant Jay Hartzell, Defendant Kelcy L. Warren, 86 (p.1694) MOTION to Dismiss *For Mootness* filed by Intervenor Defendant Texas NAACP, Intervenor Defendant The Black Student Alliance, Intervenor Defendant Liz Kufour, Intervenor Defendant Brianna Mallorie McBride, Intervenor Defendant Nima Rahman, Intervenor Defendant Desiree Ortega-Santiago, Intervenor Defendant Alexandra Trujillo, Intervenor Defendant Morgan Bennett, Intervenor Defendant The Texas Orange Jackets, Intervenor Defendant Adaylin Alvarez, Intervenor Defendant Rosaleen Xiong (Connolly, John) (Entered: 11/27/2023) |
| 01/11/2024 | 89 (p.1928) | REPLY to Response to Motion, filed by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver, re 85 (p.1646) MOTION to Dismiss for Lack of Jurisdiction *For Mootness* filed by Defendant Christina Melton Crain, Defendant James C. (Rad) Weaver, Defendant Jodie Lee Jiles, Defendant Board of Regents of the Texas State University System, Defendant R. Steven Hicks, Defendant Rachelle Hernandez, Defendant Steven Leslie, Defendant James B. Milliken, Defendant Kevin P. Eltife, Defendant Daniel Jaffe, Defendant University of Texas at Austin, Defendant Daniel H. Sharphorn, Defendant Miguel Wasielewski, Defendant Janiece Longoria, Defendant Nolan Perez, Defendant David J. Beck, Defendant Jay Hartzell, Defendant Kelcy L. Warren (Attachments: # 1 (p.32) Exhibit 1 Rule 40304, # 2 (p.93) Exhibit 2 Excerpted minutes)(Christian, William) (Entered: 01/11/2024) |
| 01/11/2024 | 90 (p.1946) | Response in Opposition to Motion, filed by David J. Beck, Board of Regents of the Texas State University System, Christina Melton Crain, Kevin P. Eltife, Jay Hartzell, Rachelle Hernandez, R. Steven Hicks, Daniel Jaffe, Jodie Lee Jiles, Steven Leslie, Janiece Longoria, James B. Milliken, Nolan Perez, Daniel H. Sharphorn, University of Texas at Austin, Kelcy L. Warren, Miguel Wasielewski, James C. (Rad) Weaver, re 87 (p.1711) MOTION for Summary Judgment filed by Plaintiff Students for Fair Admissions, Inc. (Attachments: # 1 (p.32) Exhibit Supplemental Declaration)(Christian, William) (Entered: 01/11/2024) |
| 01/11/2024 | 91 (p.1957) | Memorandum in Opposition to Motion, filed by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra |

| | | Trujillo, Rosaleen Xiong, re 87 (p.1711) MOTION for Summary Judgment filed by Plaintiff Students for Fair Admissions, Inc. (Hinojosa, David) (Entered: 01/11/2024) |
|---|---|---|
| 01/11/2024 | 92 (p.1978) | REPLY to Response to Motion, filed by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong, re 86 (p.1694) MOTION to Dismiss *For Mootness* filed by Intervenor Defendant Texas NAACP, Intervenor Defendant Desiree Ortega-Santiago, Intervenor Defendant The Black Student Alliance, Intervenor Defendant Alexandra Trujillo, Intervenor Defendant Brianna Mallorie McBride, Intervenor Defendant Liz Kufour, Intervenor Defendant Nima Rahman, Intervenor Defendant Morgan Bennett, Intervenor Defendant The Texas Orange Jackets, Intervenor Defendant Adaylin Alvarez, Intervenor Defendant Rosaleen Xiong (Hinojosa, David) (Entered: 01/11/2024) |
| 01/29/2024 | 93 (p.1991) | REPLY to Response to Motion, filed by Students for Fair Admissions, Inc., re 87 (p.1711) MOTION for Summary Judgment filed by Plaintiff Students for Fair Admissions, Inc. (Connolly, John) (Entered: 01/29/2024) |
| 07/15/2024 | 94 (p.2001) | ORDER GRANTING Defendants' 85 (p.1646) Motion to Dismiss for Lack of Jurisdiction ; ORDER GRANTING Defendant-Intervenors' 86 (p.1694) Motion to Dismiss ; ORDER MOOTING SFFAs 87 (p.1711) Cross-Motion for Summary Judgment. Signed by Judge Robert Pitman. (klw) (Entered: 07/15/2024) |
| 07/15/2024 | 95 (p.2014) | AMENDED FINAL JUDGMENT. Signed by Judge Robert Pitman. (klw) (Entered: 07/15/2024) |
| 07/26/2024 | 96 (p.2016) | Appeal of Final Judgment 95 (p.2014) , 94 (p.2001) by Students for Fair Admissions, Inc.. ( Filing fee $ 605 receipt number ATXWDC-19034398) (Norris, Cameron) (Entered: 07/26/2024) |
| 07/26/2024 | | NOTICE OF APPEAL following 96 (p.2016) Notice of Appeal (E-Filed) by Students for Fair Admissions, Inc. Filing fee $ 605, receipt number ATXWDC-19034398. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (klw) (Entered: 07/29/2024) |
| 08/06/2024 | 97 (p.2019) | Unopposed MOTION to Withdraw as Attorney *David Hinojosa* by Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Texas NAACP, The Black Student Alliance, The Texas Orange Jackets, Alexandra Trujillo, Rosaleen Xiong. (Attachments: # 1 (p.32) Proposed Order)(Hinojosa, David) (Entered: 08/06/2024) |
| 08/07/2024 | | Text Order GRANTING 97 (p.2019) Unopposed Motion to Withdraw as Attorney entered by Judge Robert Pitman. IT IS ORDERED that David Hinojosa is withdrawn as counsel for Defendants-Intervenors in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (sslc) (Entered: 08/07/2024) |
| 08/08/2024 | 98 (p.2023) | TRANSCRIPT REQUEST by Students for Fair Admissions, Inc.. (Norris, Cameron) (Entered: 08/08/2024) |

# TAB 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-763-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court are Defendants'[1] Motion to Dismiss for Mootness, (Dkt. 85); Defendant-Intervenors'[2] Motion to Dismiss for Mootness, (Dkt. 86); Plaintiff Students for Fair Admissions, Inc.'s ("SFFA") Motion for Summary Judgment, (Dkt. 87); and the parties' responsive briefs. Having considered the parties' briefs, the record, and the relevant law, the Court issues the following order.

## **I. BACKGROUND**

SFFA initially filed suit on July 20, 2020, (Compl., Dkt. 1), and filed an amended complaint on November 16, 2020, (Am. Compl., Dkt. 13). SFFA alleged that UT Austin's undergraduate

---

[1] Defendants are The University of Texas at Austin ("UT Austin"); the Board of Regents of the University of Texas System (the "UT System Board of Regents"); James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, President of the University of Texas at Austin in his Official Capacity; David J. Beck, Christina Melton Crain, Kevin P. Eltife, R. Steven Hicks, Jodie Lee Jiles, Janiece Longoria, Nolan Perez, Kelcy L. Warren, and James C. "Rad" Weaver, as Members of the Board of Regents in their Official Capacities; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; and Miguel Wasielewski, Executive Director for Office of Admissions.
[2] Defendant-Intervenors are eight UT Austin students—Adaylin Alvarez, Morgan Bennett, Brianna Mallorie McBride, Liz Kufour, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, and Rosaleen Xiong—and three organizations—the Texas National Association for the Advancement of Colored People (the "Texas NAACP"), the Black Student Alliance (the "BSA"), and the Texas Orange Jackets. (*See* Order, Dkt. 35).

24-50631.2001

admissions process improperly considered race, contrary to the Fourteenth Amendment of the United States Constitution, Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d *et seq.*), and 42 U.S.C. §§ 1981 and 1983.[3] SFFA alleged that (1) it had at least two members who "applied for and were denied admissions to UT Austin's 2018 and 2019 entering classes;" (2) these two members were "denied the opportunity to compete for admission to UT-Austin on equal footing with other applicants on the basis of race or ethnicity because of UT-Austin's discriminatory admissions policies;" and (3) these two members "are ready and able to apply to transfer to UT-Austin when it stops discriminating against applicants on the basis of race and ethnicity." (*Id.* at ¶¶ 5–8).

On March 8, 2021, Defendants filed a motion to dismiss or, alternatively, for summary judgment, (Dkt. 45), and Defendant-Intervenors filed a motion to dismiss, (Dkt. 44). Defendants and Defendant-Intervenors made arguments about standing, *res judicata*, and collateral estoppel. (Defs.' Mot., Dkt. 45, at 9; Def.-Intervenors' Mot. Dismiss, Dkt. 44). The parties participated in initial discovery focused solely on these issues. (*See* Order, Dkt. 33). The Court then granted in part Defendants' motion for summary judgment, (Dkt. 45), and dismissed SFFA's claims with prejudice as barred under *res judicata* due to the earlier *Fisher* litigation. (Order, Dkt. 56, at 23; *see also* Final Judgment, Dkt. 57).

SFFA then appealed. (Notice of Appeal, Dkt. 58). The Fifth Circuit found that *res judicata* did not apply, and it reversed and remanded for further proceedings consistent with its order. *Students for Fair Admissions, Inc. v. University of Texas at Austin et al.*, No. 21-50715 (5th Cir. June 20, 2022). Pursuant to the Fifth Circuit's decision and mandate, the Court vacated its entry of final judgment,

---

[3] This case was not the first such challenge against UT Austin's admissions process. In 2008, Abigail Fisher was denied admission to UT Austin and subsequently sued the university for its consideration of race in student admissions. After the United States Supreme Court remanded the case to the Fifth Circuit to apply the correct standard of scrutiny, *see Fisher v. Univ. of Tex. at Austin*, 570 U.S. 297 (2013), the Fifth Circuit granted summary judgment to UT Austin, which the Supreme Court later affirmed, *see Fisher v. Univ. of Tex. at Austin*, 579 U.S. 365 (2016) ("*Fisher II*"). The Court will refer collectively to this litigation as "*Fisher*."

(Dkt. 57), and vacated its summary judgment order solely as to the Court's grant of summary judgment based on *res judicata*, (Dkt. 56). (Order, Dkt. 62).

Meanwhile, SFFA also filed two lawsuits challenging the admissions policies and practices of Harvard College ("Harvard") and the University of North Carolina ("UNC"). The United States Supreme Court granted *certiorari* in those cases on January 24, 2022, while this case was on appeal at the Fifth Circuit. *See Students for Fair Admissions v. President and Fellows of Harvard College*, No. 20-1199, and *Students for Fair Admissions v. University of North Carolina et al.*, No. 21-707 (consolidated for oral argument) (collectively, the "*Harvard-UNC* litigation"). On July 20, 2022, the parties filed a joint motion to stay this case pending resolution of the *Harvard-UNC* litigation, (Mot. Stay, Dkt. 63), which the Court granted the next day, (Text Order, July 21, 2022). On June 29, 2023, the Supreme Court issued its opinion in the *Harvard-UNC* litigation. *See Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, 600 U.S. 181 (2023) ("*SFFA v. Harvard-UNC*"). On July 17, 2023, the parties requested that the Court lift the stay in this case in light of the Supreme Court's decision. (Joint Status Report, Dkt. 71, at 2). Two days later, the Court lifted the stay. (Order, Dkt. 73).

Defendants and Defendant-Intervenors moved to dismiss for mootness, (Dkts. 85 and 86, respectively); SFFA responded in opposition, (Dkt. 88); and Defendants and Defendant-Intervenors replied, (Dkts. 89 and 92, respectively). SFFA also moved for summary judgment, (Dkt. 87); Defendants and Defendant-Intervenors responded in opposition, (Dkts. 90 and 91, respectively); and SFFA replied, (Dkt. 93).

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 12(b)(1) allows a party to assert lack of subject matter jurisdiction as a defense to suit. Fed. R. Civ. P. 12(b)(1). Federal district courts are courts of limited jurisdiction and may only exercise such jurisdiction as is expressly conferred by the Constitution and federal statutes. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). A federal court

properly dismisses a case for lack of subject matter jurisdiction when it lacks the statutory or constitutional power to adjudicate the case. *Home Builders Ass'n of Miss., Inc. v. City of Madison*, 143 F.3d 1006, 1010 (5th Cir. 1998).

Article III of the Constitution restricts the jurisdiction of federal courts to "cases" and "controversies." *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 559 (1992). This case-or-controversy requirement "subsists through all stages of federal judicial proceedings, trial and appellate." *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990). Generally, a case becomes moot when, after litigation has commenced, "any set of circumstances . . . eliminates [the] actual controversy" between the parties. *Ctr. for Individual Freedom v. Carmouche*, 449 F.3d 655, 661 (5th Cir. 2006).

"The burden of proof for a Rule 12(b)(1) motion to dismiss is on the party asserting jurisdiction." *Ramming v. United States*, 281 F.3d 158, 161 (5th Cir. 2001). A presumption against subject matter jurisdiction exists that "must be rebutted by the party bringing an action to federal court." *Coury v. Prot*, 85 F.3d 244, 248 (5th Cir. 1996). "Accordingly, the plaintiff constantly bears the burden of proof that jurisdiction does in fact exist." *Ramming*, 281 F.3d at 161. In ruling on a Rule 12(b)(1) motion, the court may consider any one of the following: (1) the complaint alone; (2) the complaint plus undisputed facts evidenced in the record; or (3) the complaint, undisputed facts, and the court's resolution of disputed facts. *Lane v. Halliburton*, 529 F.3d 548, 557 (5th Cir. 2008).

### III. DISCUSSION

As mootness goes to whether there is a case or controversy, the Court must first consider whether it still has subject matter jurisdiction over this action. For the reasons below, the Court finds that this case is moot because there is no case or controversy. Accordingly, the Court does not reach Defendant-Intervenors' argument regarding standing, (Dkt. 86, at 9–11), or SFFA's motion for summary judgment, (Dkt. 87).

Defendants and Defendant-Intervenors argue that UT Austin's admissions policy changes have rendered this case moot. (Defs.' Mot. Dismiss, Dkt. 85, at 5 ("In light of UT Austin's changes to its admissions policies, there is no longer a live case or controversy for this Court to adjudicate."); Def.-Intervenors' Mot. Dismiss, Dkt. 86, at 1 ("[T]his case is moot because the relief that SFFA seeks, *i.e.*, an admissions program that does not consider race as a factor in admission decisions, has already been implemented.")). In response, SFFA argues that (1) "UT's new admissions policy remains unlawful;" (2) "even if UT's new policy were lawful," the voluntary cessation doctrine prevents this case from being moot; and (3) "the case is not moot because SFFA seeks permanent injunctive relief and this Court's power to grant injunctive relief survives any discontinuance of illegal conduct." (Resp., Dkt. 88, at 1). The Court will address each of SFFA's arguments against mootness in turn.

### A. UT's Revised Admissions Policy Is Lawful

The crux of SFFA's amended complaint—which it filed on November 16, 2020—is that UT Austin's undergraduate admissions process improperly considers race. (Am. Compl., Dkt. 13). Specifically, SFFA contends that: (1) it had at least two members who "applied for and were denied admissions to UT Austin's 2018 and 2019 entering classes;" (2) these two members were "denied the opportunity to compete for admission to UT-Austin on equal footing with other applicants on the basis of race or ethnicity because of UT-Austin's discriminatory admissions policies;" and (3) these two members "are ready and able to apply to transfer to UT-Austin when it stops discriminating against applicants on the basis of race and ethnicity." (*Id.* at ¶¶ 5–8).[4] In the more than three-and-a-half years that have elapsed since SFFA filed its amended complaint, there have been dramatic changes in both Supreme Court precedent and in many universities' admissions processes, including

---

[4] SFFA also states that it "currently has at least one member who has applied to UT, has been denied admission, and is able and ready to apply as a transfer student were a court to order UT to stop knowing or considering race or ethnicity when making admissions decisions." (Resp., Dkt. 88, at 7).

that of UT Austin. Accordingly, the Court must consider whether a case or controversy still exists—that is, whether UT Austin's changes to its admissions policy in the wake of *SFFA v. Harvard-UNC* render this case moot.

Prior to the Supreme Court's watershed ruling in *SFFA v. Harvard-UNC*, UT Austin's admissions process—which the Supreme Court had upheld as constitutional just seven years prior in *Fisher*–worked as follows. UT Austin admitted 75 percent of each entering class under the Top Ten Percent Plan, under which students in the top percentages of their high school class were admitted to UT Austin. (Am. Compl., Dkt. 13, at 17); Tex. Educ. Code § 51.1803(a-1). The rest of UT Austin's class was admitted through a "holistic-review calculus" where race was a "'factor of a factor of a factor'" that was considered "contextual[ly] and does not operate as a mechanical plus factor for underrepresented minorities." *Fisher II*, 579 U.S. at 375 (quoting district court). Under *Fisher*, which was binding United States Supreme Court precedent when SFFA filed its amended complaint, UT Austin's consideration of race in its holistic review process was constitutional. *See id.* at 381 (holding that universities "may institute a race-conscious admissions program as a means of obtaining the educational benefits that flow from student body diversity" on campus (internal quotation marks omitted)); *see also Grutter v. Bollinger*, 539 U.S. 306, 338 (2003) (holding that the consideration of an applicant's race as one factor in admissions decisions did not violate the Constitution).

However, while this case was on appeal before the Fifth Circuit, the Supreme Court upended longstanding affirmative action precedent by holding that the race-based admissions programs of Harvard and UNC violated the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution. *SFFA v. Harvard-UNC*, 600 U.S. 181. Specifically, the Supreme Court held that these admissions policies failed the two-step strict scrutiny inquiry: (1) "first, whether the racial classification is used to further compelling governmental interests;" and (2) if yes, "whether the government's use of race is narrowly tailored—meaning necessary—to achieve that

6

interest." *Id.* at 206–07 (cleaned up). However, while the Supreme Court found that Harvard and

UNC's admissions programs "lack[ed] sufficiently focused and measurable objectives warranting the

use of race, unavoidably employ[ed] race in a negative manner, involve[d] racial stereotyping, and

lack[ed] meaningful end points," the Supreme Court specifically noted that "nothing in [its] opinion

should be construed as prohibiting universities from considering an applicant's discussion of how

race affected his or her life, be it through discrimination, inspiration, or otherwise." *Id.* at 230. And,

while the Supreme Court found that Harvard and UNC's admissions programs did not survive strict

scrutiny, notably, the Supreme Court declined to overturn *Grutter* outright.[5]

In response to the newly applicable law established by *SFFA v. Harvard-UNC*, UT Austin

made the following changes to its admissions process:

> UT Austin has eliminated race and ethnicity from the factors
> considered in undergraduate admissions decisions, effective with the
> fall 2023 admissions cycle currently underway. In accordance with state
> law, UT Austin will continue to fill 75 percent of the university's
> enrollment capacity through "automatic admissions" based on class
> rank. Tex. Educ. Code § 51.803(a), (a-1). And UT Austin will continue
> to use "holistic review" to fill the remaining seats in the freshman class,
> *id.* § 51.805(b), and also to determine to which specific academic
> programs the automatic-admission candidates are admitted. But UT
> Austin will no longer consider an applicant's race or ethnicity in the
> holistic review process. . . . UT Austin has made the following specific
> changes to its admissions process, which are in effect now for the fall

---

[5] "While the Supreme Court decided that Harvard and UNC's admissions programs were unlawful, 600 U.S. at 230, 143 S.Ct. 2141, the Court did not expressly say it was overruling *Grutter* and its progeny in *Harvard*. The majority opinion relied heavily on *Grutter* as authority. *Id.* at 211–13, 143 S.Ct. 2141 (reasoning that the Court had permitted race-based admissions 'only within the confines of narrow restrictions' and that the respondents' admissions programs failed each of these criteria), 220 ('Yet by accepting race-based admissions programs in which some students may obtain preferences on the basis of race alone, respondents' programs tolerate the very thing that *Grutter* foreswore: stereotyping.'), 221 (reasoning that the respondent's admissions programs were unconstitutional under *Grutter* because they lacked a logical end point). Justice Brett Kavanaugh wrote separately 'explain[ing] why the Court's decision ... is consistent with and follows from . . . the Court's precedents on race-based affirmative action.' *Id.* at 311, 143 S.Ct. 2141 (Kavanaugh, J., concurring). . . . Justice Clarence Thomas wrote separately and stated "*Grutter* is, for all intents and purposes, overruled," *id.* at 287, 143 S.Ct. 2141 (Thomas, J., concurring), and Justice Sonia Sotomayor's dissent accused the majority of 'overruling decades of precedent' while "'disguis[ing]" its rulings as an application of "established law." *Id.* at 341–42, 143 S.Ct. 2141 (Sotomayor, J., dissenting). Still, given that *Harvard* relied heavily on *Grutter* as authority, . . . *Harvard*, at most, partially overruled *Grutter*." *Students for Fair Admissions v. United States Naval Acad.*, No. CV RDB-23-2699, 2023 WL 8806668, at *2 n.4 (D. Md. Dec. 20, 2023).

2023 admissions cycle: (1) race and ethnicity has been removed as a subfactor that file reviewers consider in the holistic review process; (2) applicants' self-supplied demographic "checkbox" information about their race and ethnicity has been removed from the application files provided to reviewers during the holistic review process; (3) reviewers have been instructed that an applicant's race and ethnicity cannot be considered in the holistic review process, and that only materials in the applicant's file may be considered; (4) based on guidance provided by the Supreme Court in the SFFA majority opinion, reviewers have been trained on how to appropriately handle an applicant's self-disclosure of race or ethnicity in essays or other file materials, including that the reviewer may not consider the applicant's race or ethnicity as a positive or negative factor; (5) during holistic review, the admissions office will supervise file reviewers and conduct quality checks to ensure compliance with these procedures; and (6) after close of the admissions cycle, UT Austin will conduct a review to identify and address any challenges experienced in the implementation of these changes. Exhibit 1, ¶¶ 12-27.

(Defs.' Mot. Dismiss, Dkt. 85, at 2–3). Accordingly, Defendants and Defendant-Intervenors argue that these changes mean that a live case or controversy no longer exists because UT Austin no longer considers race or ethnicity as a factor in undergraduate admissions. (*Id.* at 5; Def.-Intervenors' Mot. Dismiss, Dkt. 86). In response, SFFA argues that "UT's new admissions policy remains unlawful" because UT Austin still considers race in admissions. (Resp., Dkt. 88, at 1).

The Court agrees with Defendants and Defendant-Intervenors. "[T]he claims as originally presented have lost their practical significance because the facts generating the original controversy have altered so substantially." *Lowery v. Tex. A&M Univ.*, No. 4:22-CV-3091, 2023 WL 6445788, at *6 (S.D. Tex. Sept. 29, 2023). In response to a watershed Supreme Court case, UT Austin overhauled its admissions policy to comply with new precedent. UT Austin has a new admissions policy not to consider race or ethnicity as a factor in the admissions process, which it began using during the fall 2023 admissions cycle. As part of this new policy, UT Austin has instructed its admissions officers and employees accordingly, and it has also created new processes to train and supervise its admissions officers and employees to ensure that they do not consider race or ethnicity as a factor in the admissions process. Accordingly, UT Austin no longer considers race or ethnicity

as a factor in admissions.[6] SFFA's entire case can be distilled to a single assertion: that UT Austin's undergraduate admissions process improperly considers race. (Am. Compl., Dkt. 13). Mootness pertains to situations where a "set of circumstances . . . eliminates actual controversy after the commencement of a lawsuit." *Ctr. for Individual Freedom v. Carmouche*, 449 F.3d 655, 661 (5th Cir. 2006). Because UT Austin no longer considers race or ethnicity as a factor in undergraduate admissions, a live case or controversy no longer exists. *See Princeton Univ. v. Schmid*, 455 U.S. 100, 103 (1982) (holding that case was moot because the university "substantially amended its regulations" such that "the regulation at issue [was] no longer in force"). Accordingly, the Court finds that this case is moot.

### B. The Voluntary Cessation Doctrine Does Not Apply

The Court next turns to SFFA's argument that the voluntary cessation doctrine means this case is not moot. When a case is rendered moot by the voluntary cessation of allegedly unlawful conduct, this "voluntary cessation of allegedly illegal conduct . . . does not make the case moot." *Los Angeles Cty. v. Davis*, 440 U.S. 625, 631 (1979) (quoting *United States v. W. T. Grant Co.*, 345 U.S. 629, 632 (1953)). However, "[r]ecent precedent from the Fifth Circuit makes clear that [a] change compelled by force of law is not voluntary." *Lowery*, 2023 WL 6445788, at *6 (citing *Daves v. Dallas Cty., Texas*, 64 F.4th 616, 634–35 (5th Cir. 2023); *Does 1–7 v. Round Rock Indep. School Dist.*, 540 F. Supp. 2d 735, 745–46 (W.D. Tex. 2007)). Here, UT Austin changed its admissions policies in response to a change in the law—that is, in the aftermath of the *SFFA v. Harvard-UNC* decision. Accordingly, UT Austin's admissions policy changes were compelled by force of law, so the voluntary cessation doctrine does not apply.

---

[6] For the sake of clarity, the Court notes that as detailed above, *see supra* pp. 7–8, these admissions changes only apply to the 25 percent of UT Austin's freshman class selected through the holistic review process. 75 percent of UT Austin's freshman class is admitted through an automatic admissions process on the basis of class rank. (*See* Defs.' Mot. Dismiss, Dkt. 85, at 2 (citing Tex. Educ. Code §§ 51.803(a), (a-1), 51.805(b))).

And even if UT Austin's changes to its admissions policy were somehow found to be voluntary, UT Austin would still be entitled to a presumption of good faith as a governmental entity—that is, as a public university. *See Freedom From Religion Found. v. Abbott*, 58 F.4th 824, 833 (5th Cir. 2023) ("governmental entities bear a lighter burden in proving that the challenged conduct will not recur once the suit is dismissed as moot") (cleaned up); *Sossamon v. Lone Star State of Texas*, 560 F.3d 316, 325 (5th Cir. 2009) ("Government actors in their sovereign capacity and in the exercise of their official duties are accorded a presumption of good faith because they are public servants, not self-interested private parties. Without evidence to the contrary, we assume that formally announced changes to official governmental policy are not mere litigation posturing."); *U.S.P.S. v. Gregory*, 534 U.S. 1, 10 (2001) ("[W]e note that a presumption of regularity attaches to the actions of Government agencies . . . .") (citing *U.S. v. Chem. Found.*, 272 U.S. 1, 14–15 (1926) ("The presumption of regularity supports the official acts of public officers, and, in the absence of clear evidence to the contrary, courts presume that they have properly discharged their official duties.")). Therefore, in the absence of evidence to the contrary, the Court presumes that UT Austin made its changes to its admissions policy in good faith, rather than as a litigation maneuver. The Court finds that UT Austin is especially entitled to a presumption of good faith in light of the dramatic changes to affirmative action precedent that necessitated changes to its admissions policy. Accordingly, even if UT Austin's admissions policy changes were voluntary, UT Austin has met its lighter burden as a governmental entity of providing that the challenged conduct will not recur if this case is dismissed as moot.

## C. The Injunctive Relief SFFA Seeks Is Inapposite

SFFA also argues that this case is not moot because it "seeks an injunction prohibiting UT from reinstituting its prior admissions policy or considering race in admissions decisions" and "a permanent injunction prohibiting any individuals in UT's admissions office from receiving or having

access to racial check-box data or aggregate reports on race during the admissions process." (Resp., Dkt. 88, at 10).

SFFA cites to a Fifth Circuit case to support its proposition that the Court can still grant injunctive relief. (Resp., Dkt. 88, at 10 (citing *United States v. Bob Lawrence Realty, Inc.*, 474 F.2d 115, 126 (5th Cir. 1973))). But while the Fifth Circuit noted in that case that "the court's power to grant injunctive relief survives discontinuance of the illegal conduct," it caveated this statement with the recognition that "the moving party must satisfy the court that relief is needed." *Bob Lawrence Realty, Inc.*, 474 F.2d at 126. Accordingly, "[t]he necessary determination is that there exists some cognizable danger of recurrent violation, something more than the mere possibility which serves to keep the case alive." *Id.* Moreover, district courts enjoy "broad discretion in granting injunctions." *Id.* at 127.

The Court finds that SFFA has not met its burden of demonstrating that the injunctive relief it seeks is needed. UT Austin revised its admissions policy so that race and ethnicity are no longer considered as part of the undergraduate admissions process. It is mere conjecture for SFFA to assert that UT Austin still considers race in its admissions practice, and the Court will not give credence to this unsubstantiated contention. Accordingly, "a permanent injunction prohibiting any individuals in UT's admissions office from receiving or having access to racial check-box data or aggregate reports on race during the admissions process," (Resp., Dkt. 88, at 10), would serve no purpose, as UT Austin does not consider race in admissions—and that is not even considering the lawful (and legally mandated) reasons UT Austin has articulated for continuing to maintain certain racial data, (Reply, Dkt. 89, at 2).

Furthermore, "an injunction prohibiting UT from reinstituting its prior admissions policy or considering race in admissions decisions," (Resp., Dkt. 88, at 10), also would be inappropriate. UT Austin's previously lawful practices do not and cannot give rise to a plausible inference of discrimination today. And as this case's history itself has demonstrated, the legal landscape for

affirmative action may well change in the future. Further, nothing in the record indicates that UT Austin has any intention of reverting to its prior admissions practices. It would be nonsensical for the Court to issue an injunction in light of the fact that UT Austin does not currently consider race or ethnicity in the admissions process. *See Telco Communications, Inc. v. Carbaugh*, 885 F.2d 1225, 1231 (4th Cir. 1989), *cert. denied*, 495 U.S. 904 (1990) ("We believe that respect for the role of the states . . . counsels against the issuance of unnecessary injunctions against state officials. 'To slap injunctions on state officials who have never violated the law or shown any intention to violate the law would exceed the proper bounds of equitable discretion.'") (quoting *Bloodgood v. Garraghty*, 783 F.2d 470, 476 (4th Cir. 1986)).

Accordingly, the Court declines to grant injunctive relief in this case. Therefore, SFFA's argument that its requested injunctive relief impedes mootness is unavailing. Having found that there is no case or controversy and that none of SFFA's arguments against mootness apply, the Court will dismiss SFFA's claims as moot.

## IV. CONCLUSION

For the reasons given above, the Court finds that it no longer has jurisdiction over SFFA's claims. *United States v. Lares-Meraz*, 452 F.3d 352, 354–55 (5th Cir. 2006) ("A moot case presents no Article III case or controversy, and a court has no constitutional jurisdiction to resolve the issues it presents.") (quoting *Golding v. Bartholow*, 166 F.3d 710, 717 (5th Cir. 1999)). Accordingly, **IT IS ORDERED** that Defendants' Motion to Dismiss for Mootness, (Dkt. 85), and Defendant-Intervenors' Motion to Dismiss for Mootness, (Dkt. 86), are **GRANTED**. The Court will therefore **DISMISS AS MOOT** SFFA's claims, as dismissal is appropriate "when the court lacks the statutory or constitutional power to adjudicate the claim." *In re Federal Emergency Management Agency Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281, 286 (5th Cir. 2012), quoting *Home Builders Association Inc. v. City of Madison*, 143 F.3d 1006, 1010 (5th Cir. 1998) (internal quotations omitted).

Because the Court finds that SFFA's claims are moot, the Court does not reach Defendant-Intervenors' argument regarding standing. (Dkt. 86, at 9–11).

Having found that this case is moot, the Court does not reach SFFA's cross-motion for summary judgment, (Dkt. 87).

The Court will render amended final judgment in a separate order.

**SIGNED** on July 15, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

24-50631.2013

# TAB 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-763-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

On this date, the Court entered an order granting Defendants'[1] Motion to Dismiss for

Mootness, (Dkt. 85), and Defendant-Intervenors'[2] Motion to Dismiss for Mootness, (Dkt. 86). The

Court's order dismissed as moot Plaintiff Students for Fair Admissions, Inc.'s ("SFFA") claims.

Because the Court found that the case is moot, the Court did not reach SFFA's cross-motion for

summary judgment, (Dkt. 87).

---

[1] Defendants are The University of Texas at Austin ("UT Austin"); the Board of Regents of the University of Texas System (the "UT System Board of Regents"); James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, President of the University of Texas at Austin in his Official Capacity; David J. Beck, Christina Melton Crain, Kevin P. Eltife, R. Steven Hicks, Jodie Lee Jiles, Janiece Longoria, Nolan Perez, Kelcy L. Warren, and James C. "Rad" Weaver, as Members of the Board of Regents in their Official Capacities; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; and Miguel Wasielewski, Executive Director for Office of Admissions.

[2] Defendant-Intervenors are eight UT Austin students—Adaylin Alvarez, Morgan Bennett, Brianna Mallorie McBride, Liz Kufour, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, and Rosaleen Xiong—and three organizations—the Texas National Association for the Advancement of Colored People (the "Texas NAACP"), the Black Student Alliance (the "BSA"), and the Texas Orange Jackets. (*See* Order, Dkt. 35).

1

24-50631.2014

As nothing remains to resolve, the Court renders Amended Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 15, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2

# TAB 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | |
| *Plaintiff*, | |
| v. | Case No. 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | |
| *Defendants*. | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Students for Fair Admissions, Inc. (SFFA) now appeals to the U.S. Court of Appeals for the Fifth Circuit this Court's Order and Amended Final Judgment entered on July 15, 2024, granting Defendants' Motion to Dismiss for Mootness (Dkt. 85), granting Defendant-Intervenors' Motion to Dismiss for Mootness (Dkt. 86), and dismissing as moot SFFA's claims. *See* Dkt. Nos. 94-95.

Respectfully submitted,

/s/ *Cameron T. Norris*

Thomas R. McCarthy (*pro hac vice*)
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: July 26, 2024

24-50631.2017

# TAB 5

## CERTIFICATE OF SERVICE

I filed a true and correct copy of these record excerpts with the Clerk of this

Court via the CM/ECF system, which will notify all counsel.


_/s/ J. Michael Connolly_

*Counsel for Students for Fair*
*Admissions, Inc.*